```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
UNITED STATES OF AMERICA,                                             :
                                                                      :
        -v-                                                           :    21-CR-303 (LTS)
                                                                      :
JOHANKY DE LUNA-ALMANZAR,                                             :
                                                                      :
                        Defendant.                                    :
                                                                      :
----------------------------------------------------------------------X
```

## ORDER

The Court has requested that Mr. De Luna-Almanzar's pretrial conference take place via video conference on the morning of **June 25, 2021**, **at 9:00 a.m**.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on June 25, 2021**, until further notice.

The Court has also requested that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will email the parties with further information on how to access the conference.

        SO ORDERED.

Dated:  New York, New York
        May 20, 2021

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge