UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.   21 CR 303-LTS

JOHANKY DE LUNA ALMANZAR,

        Defendant.

-------------------------------------------------------x

### ORDER

The change of plea hearing currently scheduled for October 13, 2021, at 3:30 p.m., is rescheduled to occur on **October 26, 2021, at 12:00 p.m**.  All other provisions of the Court's Order dated October 1, 2021 (docket entry no. 31), remain in effect.

SO ORDERED.

Dated: New York, New York
         October 13, 2021

                                                                                      _/s/ Laura Taylor Swain_
                                                                                      LAURA TAYLOR SWAIN
                                                                                      Chief United States District Judge