UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                  No.   21 CR 303-LTS

JOHANKY DE LUNA ALMANZAR,

        Defendant.

-------------------------------------------------------x

ORDER

The change of plea hearing currently scheduled for October 26, 2021, at 12:00 p.m., is rescheduled to occur on **October 25, 2021, at 2:15 p.m**.  All other provisions of the Court's Order dated October 1, 2021 (docket entry no. 31), remain in effect.

        SO ORDERED.

Dated: New York, New York
       October 21, 2021

                                                                     /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge