UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No. 21-CR-303-LTS

JOHANKY DE LUNA ALMANZAR,                           ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing in this case that was originally scheduled to proceed on May 9, 2022, at 2:00 p.m. is hereby adjourned. The Court will issue a forthcoming rescheduling order with an updated sentencing date.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       May 9, 2022                              LAURA TAYLOR SWAIN
                                                Chief United States District Judge